United States Courts
Southern District of Texas
FILED

APR 2 5 2019

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Feng Xian Lin

CRIMINAL COMPLAINT

Case Number: C-19-1652m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **April 19th, 2019** (Date) in **Webb** County, in the Southern District of Texas defendant, **Feng Xian Lin** did knowingly and unlawfully enter the United States from Mexico, at a point near Webb County which said time and place was other than as designated by immigration officials of the United States for the entrance of immigrants into the United States

in violation of Title **8** United States Code, Section(s) **1325**.
I further state that I am a(n) **Border Patrol Agent** (Official Title) and that this complaint is based on the following facts:

On or about April 19, 2019 the defendant, Feng Xian Lin, being an alien to the United States, did knowingly and unlawfully enter the United States in Webb County, Texas within the Southern District of Texas at a time and place other than as designated by immigration officers for the entrance of immigrants into the United States, in violation of Title 8, United States Code, Section 1325.
I further state that I am a United States Border Patrol Agent and that this complaint is based on the following facts: On April 24, 2019, the defendant was encountered by Border Patrol agents in Duval County, Texas. Agents determined the defendant was a citizen and national of the Peoples Republic of China unlawfully present within the United States. Furthermore, the defendant was mirandized and provided a verbal statement and admitted to being a citizen of China, who entered illegally into the United States near Laredo, Texas. The defendant was neither inspected nor admitted by an Immigration Officer of the United States; therefore, she is amenable to removal as per Section 212 of the I&NA. The defendant did not have documents to enter, travel through, or remain in the United States.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on the:

**April 25, 2019**
Date

**Jason B. Libby U.S. Magistrate Judge**
Name and Title of Judicial Officer

at

Signature of Complainant
**Martin Castillo**
Printed Name of Complainant

**Corpus Christi, Texas**
City and State

Signature of Judicial Officer

U.S. Department of Homeland Security